The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR16-171RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL SENTENCING MEMORANDUM |
| JUAN CARLOS ANDRADE-BUENO, | |
| Defendant. | |

Having considered the Government's Motion to Seal, and because of the sensitive information contained in the Memorandum, and the Court finding good cause,

IT IS ORDERED that the Government's Motion to Seal (Dkt. #78) is GRANTED, and the United States' Memorandum, shall remain sealed.

DATED this 10th day of February, 2017.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Order Granting U.S. Motion to Seal - 1
*Andrade-Bueno*, CR16-171RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970