The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CARLOS ANDRADE-BUENO,<br><br>Defendant. | NO. CR16-171RAJ<br><br>ORDER TO SEAL |

Having considered the Defendant's Motion to Seal, and because of the sensitive information contained in the Memorandum, and the Court finding good cause,

IT IS ORDERED that Defendant's Motion to Seal (Dkt. #80) is GRANTED, and Defendant's Memorandum shall remain sealed.

DATED this 10th day of February, 2017.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge